UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-4,  RANDELL McDANIEL,

    Defendant.

NO. 09-20039

HON. JOHN CORBETT O'MEARA

FILED
FEB 27 2009
CLERK'S OFFICE

**ORDER**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(o), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

R. STEVEN WHALEN
United States Magistrate Judge

Date: FEB 26 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-4,  RANDELL McDANIEL,

    Defendant.

_____/

NO. 09-20039

HON. JOHN CORBETT O'MEARA



## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, RANDELL McDANIEL, and states:

1. Defendant is charged in this case with Conspiracy to Possess With Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; and Unlawful Distribution of a Controlled Substance, Aiding and Abetting, 21 U.S.C. §§ 841(a)(1) and 2.

2. Defendant is currently incarcerated at West Shoreline Correctional Facility in Muskegon Heights, Michigan, in connection with a different case, and is in the custody of the Michigan Department of Corrections.

3. The defendant will be arraigned in this case on March 27, 2009 before Magistrate Judge Mona K. Majzoub in Room 114 of the Theodore Levin U.S. Courthouse. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce RANDELL McDANIEL before the judicial officer and at the place and time stated above.

                                Respectfully submitted,

                                TERRENCE BERG
                                Acting United States Attorney

                                Stephanie Dawkins Davis (P47265)
                                Assistant United States Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, MI  48226-3211
                                (313) 226-9788

Date: February 26, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-4, RANDELL McDANIEL,

    Defendant.

NO. 09-20039

HON. JOHN CORBETT O'MEARA

FILED
FEB 27 2009
CLERK'S OFFICE
DETROIT

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant RANDELL McDANIEL before Magistrate Judge Mona K. Majzoub in Room 114 of the Theodore Levin U.S. Courthouse on Friday, March 27, 2009, at 1:00 p.m. for his arraignment in this case; and you are also directed to return RANDELL McDANIEL to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

DAVID J. WEAVER
*Clerk*

By: _____
Deputy Clerk
(Seal)